UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. |
| | ) | |
| v. | ) | FACTUAL BASIS |
| | ) | |
| ALAN NORDMAN | ) | |
| | ) | |
| | ) | |
| | ) | |

NOW COMES the United States of America, by and through Dena J. King, United States Attorney for the Western District of North Carolina, and hereby files this Factual Basis in this matter.

This Factual Basis is filed pursuant to Local Criminal Rule 11.2 and does not attempt to set forth all of the facts known to the United States at this time. By their signatures below, the parties expressly agree that there is a factual basis for the guilty plea(s) that the defendant will tender pursuant to the plea agreement, and that the facts set forth in this Factual Basis are sufficient to establish all of the elements of the crime(s). The parties agree not to object to or otherwise contradict the facts set forth in this Factual Basis.

Upon acceptance of the plea, the United States will submit to the Probation Office a "Statement of Relevant Conduct" pursuant to Local Criminal Rule 32.4. The defendant may submit (but is not required to submit) a response to the Government's "Statement of Relevant Conduct" within seven days of its submission. The parties understand and agree that this Factual Basis does not necessarily represent all conduct relevant to sentencing. The parties agree that they have the right to object to facts set forth in the presentence report that are not contained in this Factual Basis. Either party may present to the Court additional relevant facts that do not contradict facts set forth in this Factual Basis.

1. From approximately 1984 to 2014, NORDMAN was an employee of U.S. Customs and Border Protection at the John Franklin Kennedy International Airport Port of Entry.

2. On or about April 9, 2022, in Lincoln County, within the Western District of North Carolina, ALAN NORDMAN sold via eBay, for the price of $795.00, an official Customs and Border Protection form 6059B customs declaration document signed by Michael Jackson upon his entry into the United States, an official government record belonging to the United States of America, which he conveyed to the purchaser.

1

3. NORDMAN did not have authority to possess, sell, or convey the record.

4. At all times, NORDMAN acted intentionally, knowingly and willfully and not by accident or mistake.

DENA J. KING
UNITED STATES ATTORNEY

_____
GRAHAM BILLINGS
ASSISTANT UNITED STATES ATTORNEY

### Defendant's Counsel's Signature and Acknowledgment

I have read this Factual Basis and the Bill of Information in this case, and have discussed them with the defendant. Based on those discussions, I am satisfied that the defendant understands the Factual Basis and the Bill of Information. I hereby certify that the defendant does not dispute this Factual Basis.

_____           DATED: 11/6/23
Mark P. Foster, Jr., Attorney for Defendant

2